# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Simon, Philip P. | 2. Court or Organization  Northern District of Indiana | 3. Date of Report  04/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2018  to  12/31/2018 |

**7. Chambers or Office Address**

5400 Federal Plaza
Suite 4200
Hammond, IN 46320

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Valparaiso Community Schools Foundation Board |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 04/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | City of Valparaiso Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 04/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Cenlar FSB | Mortgage on rental property in New Buffalo, Michigan | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 04/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Midwest Bank Accounts | A | Interest | J | T | | | | | |
| 2. College Choice Advisors 529 Plan (H) | | | | | | | | | |
| 3. - College Choice Advisors Savings Portfolio | A | Interest | J | T | Sold (part) | 12/06/18 | J | A | |
| 4. - Boston Company Dynamic Large CapMarket | A | Dividend | | | Sold | 12/31/18 | J | A | |
| 5. - International Equity Index | A | Dividend | | | Sold | 12/31/18 | J | A | |
| 6. - T.Rowe Price LArge Cap Growth | A | Dividend | | | Sold | 12/31/18 | J | A | |
| 7. - Short Term Treasury Index | A | Interest | | | Sold | 12/31/18 | J | A | |
| 8. -American FundsEuroPacific Growth | A | Dividend | | | Sold | 12/31/18 | J | A | |
| 9. -Emerging Markets Equity Index | A | Dividend | | | Sold | 12/31/18 | J | A | |
| 10. - Pimco Total Return Portfolio | A | Dividend | | | Sold | 12/31/18 | J | A | |
| 11. Vanguard Prime Money Market | A | Interest | J | T | Buy (add'l) | 03/07/18 | J | | |
| 12. | | | | | Sold (part) | 03/14/18 | J | A | |
| 13. | | | | | Sold (part) | 04/04/18 | J | A | |
| 14. | | | | | Sold (part) | 05/04/18 | J | A | |
| 15. | | | | | Sold (part) | 06/13/18 | J | A | |
| 16. | | | | | Sold (part) | 11/20/18 | J | A | |
| 17. | | | | | Buy (add'l) | 11/09/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 04/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 12/24/18 | J | A | |
| 19. Vanguard SHort Term Bond Fund | A | Interest | | | Sold | 03/07/18 | J | A | |
| 20. Vanguard International Growth Fund | A | Int./Div. | K | T | | | | | |
| 21. Vanguard Total Stock Market Index Fund | B | Int./Div. | M | T | | | | | |
| 22. Vanguard European Stock Index Fund | A | Int./Div. | K | T | | | | | |
| 23. HRC Hotels LLC | D | Dividend | O | T | | | | | |
| 24. Gas City LLC | C | Dividend | | | Sold | 02/05/18 | K | D | |
| 25. Ameritrade Spouse's Roth IRA (H) | | | | | | | | | |
| 26. - Vanguard US Mid Cap | A | Dividend | | | Sold | 04/03/18 | J | A | |
| 27. -SPDR S&P Aerospace & Defense | A | Int./Div. | | | Sold | 03/16/18 | J | A | |
| 28. - Vanguard Total Stock Index ETF | A | Dividend | | | Sold | 04/03/18 | J | A | |
| 29. - Vanguard Small Cap | A | Dividend | | | Sold | 04/03/18 | J | A | |
| 30. -Vanguard Total Bond Market | A | Interest | | | Sold | 04/03/18 | J | A | |
| 31. -Vanguard FTSE Emerging Markets | A | Dividend | | | Sold | 04/03/18 | J | A | |
| 32. -Vanguard FTSE Developing MArkets | A | Dividend | | | Sold | 04/03/18 | J | | |
| 33. -SPDR Portfolio Total Stock Market | A | Int./Div. | J | T | Buy | 04/03/18 | J | | |
| 34. -SPDR Portfolio Small Cap | A | Int./Div. | J | T | Buy | 04/03/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 04/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -SPDR Portfolio MidCap | A | Int./Div. | J | T | Buy | 04/03/18 | J | | |
| 36. -SPDR Portfolio World Ex-US | A | Int./Div. | J | T | Buy | 04/03/18 | J | | |
| 37. -SPDR Barclay 1-3 Month T-Bill | A | Interest | J | T | Buy | 11/08/18 | J | | |
| 38. -SPDR Portfolio Emerging Markets | A | Int./Div. | J | T | Buy | 04/03/18 | J | | |
| 39. -TD Ameritrade Money Market | A | Interest | J | T | Buy | 04/03/18 | J | | |
| 40. Nationwide 457(b) Plan (H) | | | | | | | | | |
| 41. - AmerCent Val Inv | A | Dividend | J | T | | | | | |
| 42. - AmFds Gr Fd Am A | A | Dividend | J | T | | | | | |
| 43. - Invsco Gr Inc A | A | Dividend | K | T | | | | | |
| 44. - NeuBer Genesis Tr | A | Dividend | J | T | | | | | |
| 45. - Opp Glbl A | A | Dividend | J | T | | | | | |
| 46. - Lord Abbott High Yield Bond | A | Interest | J | T | | | | | |
| 47. - NW HM Bond Inst Svc | A | Interest | J | T | | | | | |
| 48. Transamerica Income Elite II -- "76" Annuity (H) | | | | | | | | | |
| 49. - Transamerica: Clarion Global Real estate | A | Int./Div. | | | Sold | 10/10/18 | K | A | |
| 50. -Blackrock Global Real Estate Securities | A | Int./Div. | K | T | Buy | 10/10/18 | K | | |
| 51. - Transamerica: JPM MidCap Value | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Transamerica: PIMCO TOtal Return | A | Int./Div. | K | T | | | | | |
| 53. -Transamerica: U.S. Govt Secs | A | Interest | J | T | | | | | |
| 54. -Systematic Sm/midCap Value | A | Int./Div. | J | T | | | | | |
| 55. -Aegon High Yield | A | Interest | J | T | | | | | |
| 56. - Barrow Hanley Dividend Focused | A | Dividend | K | T | | | | | |
| 57. - Transamerica: TA Aegon Money Market | A | Interest | | | Sold | 10/10/18 | J | A | |
| 58. -Blackrock Government Money market | A | Interest | J | T | Buy | 10/10/18 | J | | |
| 59. Transamerica Income Elite II -- "77" Annuity (H) | | | | | | | | | |
| 60. -Transamerica Sm/MidCap Value | A | Int./Div. | J | T | | | | | |
| 61. - TA Aegon High Yield Bond | A | Interest | J | T | | | | | |
| 62. - Barrow Hanley Dividend Focused | A | Dividend | K | T | | | | | |
| 63. - Transamerica Clarion Global Real Estate | A | Int./Div. | | | Sold | 10/10/18 | K | B | |
| 64. -BlackRock Global Real Estate Securities | A | Int./Div. | K | T | Buy | 10/10/18 | K | | |
| 65. - TA JP Morgan Midcap Value | A | Int./Div. | J | T | | | | | |
| 66. - TA PIMCO Total Value | A | Int./Div. | K | T | | | | | |
| 67. - TA Aegon US Govt Secs | A | Interest | J | T | | | | | |
| 68. - TA Aegon Govt Money Market | A | Interest | | | Sold | 10/10/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 04/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -BlackRock Government Money Market | A | Interest | J | T | Buy | 10/10/18 | J | | |
| 70.  Ameritrade Brokerage Account (H) | | | | | | | | | |
| 71.  -SpdR S&P 500 ETF | A | Int./Div. | | | Sold | 03/16/18 | J | A | |
| 72.  - Powershares Tactical Multi-Asset Income Portfolio | A | Int./Div. | | | Sold | 07/13/18 | J | A | |
| 73.  -PIMCO Total ReturnActive ETF (Bond) | A | Interest | | | Sold | 03/16/18 | K | A | |
| 74.  -Power shares DWA Momentum ETF | A | Int./Div. | J | T | | | | | |
| 75.  - Power shares S&P Intl Dev Low Volatility | A | Int./Div. | | | Sold (part) | 05/31/18 | J | A | |
| 76. | | | | | Sold | 12/10/18 | J | A | |
| 77.  -Swan Defined Risk I | A | Dividend | J | T | Buy | 02/06/18 | J | | |
| 78.  -INvesco S&P 500 Low Volatility | A | Int./Div. | J | T | Buy | 03/16/18 | J | | |
| 79.  -Pimco Enhanced Short term Maturity | A | Interest | J | T | Buy | 11/08/18 | J | | |
| 80.  -GaveKAl KL Allocation Instl | A | Int./Div. | J | T | Buy | 01/25/18 | J | | |
| 81.  -Pimco Income Inst | A | Interest | J | T | Buy | 03/16/18 | J | | |
| 82.  - Ameritrade Cash Fund | A | Interest | J | T | Sold (part) | 01/25/18 | J | A | |
| 83. | | | | | Sold (part) | 03/16/18 | J | A | |
| 84. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 85. | | | | | Buy (add'l) | 04/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 04/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 05/29/18 | J | A | |
| 87. | | | | | Sold (part) | 08/01/18 | J | A | |
| 88. | | | | | Sold (part) | 11/14/18 | J | A | |
| 89. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 90. | | | | | Sold (part) | 12/13/18 | J | A | |
| 91. Ameritrade IRA (H) | | | | | | | | | |
| 92. - Vanguard U.S. Mid Cap Index | A | Dividend | | | Sold | 03/16/18 | J | A | |
| 93. - Vanguard Total Stock Market ETF | A | Dividend | | | Sold | 03/16/18 | J | A | |
| 94. - iShares S&P SmallCap 600 Index | A | Dividend | | | Sold | 02/06/18 | J | A | |
| 95. - SPDR S&P 500 ETF Trust | A | Dividend | | | Sold | 03/16/18 | J | A | |
| 96. - SPDR S&P Aerospace & Defense | A | Dividend | | | Sold | 03/16/18 | J | A | |
| 97. - PIMCO Income Inst'l | A | Interest | J | T | | | | | |
| 98. -SPDR S&P Semiconductor | A | Int./Div. | | | Sold | 03/16/18 | J | A | |
| 99. -Swan Defined Risk I | A | Int./Div. | J | T | Buy | 03/16/18 | J | | |
| 100. -Invesco S&P 500 Low Volatility | A | Int./Div. | J | T | Buy | 03/16/18 | J | | |
| 101. | | | | | Sold (part) | 12/10/18 | J | A | |
| 102. -Invesco DWA Momentum | A | Int./Div. | J | T | Buy | 03/16/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 04/15/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 12/04/18 | J | A | |
| 104. -JP Morgan Ultra Short Income | A | Interest | J | T | Buy | 12/04/18 | J | | |
| 105. -Pimco Enhanced Short Maturity | A | Interest | J | T | Buy | 11/08/18 | J | | |
| 106. -GaveKal KL Allocation Instl | A | Int./Div. | J | T | Buy | 03/16/18 | J | | |
| 107. - TD Ameritrade Cash Fund | A | Interest | J | T | Buy | 02/06/18 | J | | |
| 108. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 109. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 110. Rental Home in New Buffalo, Michigan | E | Rent | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 04/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Philip P. Simon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544